**John A. VALLAIR, III, Plaintiff–Appellant**

v.

**Mitch WOOD, Sheriff; UP Hayes, MD; UP Vega, Officer, Law Library; UP Mintor, Lieutenant; UP Dubuis, Captain; UP Mills, Lieutenant, Defendants–Appellees.**

**No. 12–41210
Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

July 17, 2013.

John A. Vallair, III, pro se.

Before WIENER, ELROD, and GRAVES, Circuit Judges.

PER CURIAM: *

Plaintiff–Appellant John A. Vallair, III, Texas prisoner # 1690304, appeals the district court's judgment that dismissed his 42 U.S.C. § 1983 complaint pursuant to 28 U.S.C. § 1915(e) as frivolous and for failure to state a claim. Vallair urges that his complaint was wrongly dismissed and seeks to have his claims reconsidered by the district court.

We must examine the basis of our jurisdiction, sua sponte if necessary. *Mosley v. Cozby*, 813 F.2d 659, 660 (5th Cir.1987). A timely notice of appeal is a jurisdictional requirement in a civil case. *Bowles v. Russell*, 551 U.S. 205, 213–14, 127 S.Ct. 2360, 168 L.Ed.2d 96 (2007). Within thirty days following entry of judgment on September 23, 2011, Vallair filed a "Petition to Appeal Order," which was treated as a timely notice of appeal and docketed in this court. Vallair subsequently dismissed that appeal voluntarily, however, and did not file another notice of appeal until October 22, 2012. It was untimely with respect to the underlying judgment, and there were no other appealable orders in the case. Therefore, the latter appeal is DISMISSED for lack of appellate jurisdiction. *Bowles*, 551 U.S. at 213–14, 127 S.Ct. 2360.

---

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

